IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 17-30016-NJR |
| vs. ) | |
| ) | |
| DAVID C. HOGUE, ) | Title 18, United States Code, |
| ) | Sections 2252A(a)(2)(A) |
| Defendant. ) | and 2253. |

### INDICTMENT

**THE GRAND JURY CHARGES:**

**RECEIPT OF CHILD PORNOGRAPHY**

FILED
FEB 07 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

On or about September 26, 2016, in Madison County, within the Southern District of Illinois,

**DAVID C. HOGUE,**

defendant herein, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), to include the following:

1. "(pthc frifam lolifuck) 9yo with glasses strips and has orgasm (Sound) NEW 2012.avi" – a video file of the lascivious display of the genitals of a prepubescent female.

2. "PEDO-PTHC- SELECETED – 2016 – ONLY THE BEST (27).avi" – a video file of a prepubescent female engaged in sexual acts with herself and an adult male.

3. (pthc) 6yo Babyj – Bedtime Rape Until Cum  private pedo child girl 1yo 2yo 3yo 4yo 5yo 6yo 7yo 8yo 9yo 10yo vicky laura jenny sofie fdsa hussyfan russian korea.mpg – a video file of an adult male engaged in sexual acts with a prepubescent female.

that had been mailed, or using any means or facility of interstate commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## FORFEITURE ALLEGATION

Upon conviction for the offense charged in this Indictment, defendant **DAVID C. HOGUE,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all material that contained any images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the charged offenses.

The property that is subject to forfeiture referred to in the paragraph above includes, but is not limited to, the following:

1. a Hewlett Packard desktop computer, bearing serial number 2UA90600HL; and
2. a Samsung, 250 GB Hard Drive, Model Number HD256GM, bearing serial number S2Q1J9EB813542.

**A TRUE BILL**

FOREPERSON

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*Donald Boyce*
DONALD S. BOYCE
United States Attorney

Recommended Bond: $10,000 bond with electronic monitoring